UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-14328-CV-MIDDLEBROOKS

VIRGINIA Y. EBANKS,

    Plaintiff,

v.

VIKING CLIENT SERVICES, LLC,

    Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal, filed on October 14, 2020. (DE 10). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims against Defendant and **DISMISSED WITHOUT PREJDUICE** as to any class claims.
2. The Clerk of Court shall **CLOSE THIS CASE**.
3. All pending motions are **DENIED AS MOOT**.
4. Each party shall bear its own fees and costs.

    **SIGNED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2020.

Donald M. Middlebrooks
United States District Judge